# **<u>Exhibit 1</u>**

IN THE CIRCUIT COURT OF BOONE COUNTY, WEST VIRGINIA

**CHARLES FLEMING**, and
**MICHAEL WEBB**,

        Plaintiffs,

v.

**THE TRAVELERS INDEMNITY COMPANY,**
**HIGHLAND MINING COMPANY,** and
**SPARTAN MINING COMPANY d/b/a**
**MAMMOTH COAL COMPANY,**

        Defendants.

Civil Action No: *16 - C - 130*
(Hon. William S. Thompson, Judge)

AUG 2 - 2016

BOONE COUNTY CIRCUIT CLERK
SUE ANN ZICKEFOOSE

## COMPLAINT

Plaintiffs Charles Fleming and Michael Webb file this declaratory judgment action against

Defendants The Travelers Indemnity Company, Highland Mining Company, and Spartan Mining

Company d/b/a Mammoth Coal Company, and allege the following:

### PARTIES

1.    At all times relevant herein Plaintiff Charles Fleming has been a resident of Logan

County, West Virginia, and was employed by Defendant Highland Mining Company

(Defendant Highland).

2.    At all times relevant herein Plaintiff Michael Webb has been a resident of Fayette

County, West Virginia, and was employed by Defendant Spartan Mining Company

d/b/a Mammoth Coal Company (Defendant Mammoth).

3.   Defendant The Travelers Indemnity Company (Defendant Travelers) is a foreign corporation that does business in Boone County, West Virginia, and provides liability insurance coverage for Defendants Highland, Mammoth, and other subsidiaries, corporations, companies, and entities related to Alpha Natural Resources, Inc.

4.   Defendant Highland Mining Company is a West Virginia corporation and at all times relevant herein, conducted business in Boone County, West Virginia. Defendant Highland has an interest and is a necessary party in this declaratory judgment action because it is an insured under the policy issued by Defendant Travelers.

5.   Defendant Spartan Mining Company d/b/a Mammoth Coal Company is a West Virginia corporation and at all times relevant herein, conducted business in and has its office located in Boone County, West Virginia. Defendant Mammoth has an interest and is a necessary party in this declaratory judgment action because it is an insured under the policy issued by Defendant Travelers.

6.   Plaintiffs also are plaintiffs in a putative class action pending in this Court in the case styled *Charles Fleming, individually and on behalf of all others similarly situated, and Michael Webb, individually and on behalf of all others similarly situated v. Alpha Natural Resources Services, LLC, Highland Mining Company, Spartan Mining Company d/b/a Mammoth Coal Company, and John Doe West Virginia Companies 1 Through 4,* Civil Action No. 12-C-122.

7.   Boone County Civil Action No. 12-C-122 has been from the time Alpha Natural Resources, Inc., and all of its subsidiaries, including Defendants Highland and Mammoth, filed for bankruptcy on August 3, 2015.

2

8. On July __, 2016, the Bankruptcy Court approved a joint stipulation, which lifted the automatic bankruptcy stay imposed by 11 U.S.C. §362, with respect to multiple pending or potential civil actions, including Boone County Civil Action No. 12-C-122, to the extent the claims raised in such litigation are covered by the insurance policy issued by Defendant Travelers. A copy of the order approving the joint stipulation is attached.

9. Plaintiffs contend the applicable Defendant Travelers insurance policy relevant to Boone County Civil Action No. 12-C-122, provides liability coverage for the claims asserted in that civil action.

10. Plaintiffs have an interest in having this insurance coverage issue resolved because, as a result of the bankruptcy, unless there is insurance coverage for Plaintiffs' claims asserted in Boone County Civil Action No. 12-C-122, Plaintiffs may not be able to recover any damages directly from the bankrupted entities.

11. Plaintiffs respectfully seek a declaratory ruling from the Court, pursuant to the West Virginia Declaratory Judgments Act, W.Va.Code §55-13-1, *et seq.*, and specifically **not pursuant** to any federal statute, explaining Defendant Travelers' duties and obligations owed to Defendants Highland, Mammoth, and others based upon the allegations asserted in the Complaint pending in Boone County Civil Action No. 12-C-122.

WHEREFORE, Plaintiffs Charles Fleming and Michael Webb respectfully move this Court to permit the parties to brief the coverages provided by the insurance policy issued by Defendant The Travelers Indemnity Company to Defendants Highland and Mammoth, and to issue a declaratory

3

judgment explaining Defendant Travelers' duties and obligations owed to Defendants Mining

Company, Spartan Mining Company d/b/a Mammoth Coal Company, and others based upon the

allegations asserted in the complaint pending in Civil Action No. 12-C-122. Furthermore, Plaintiffs

seek attorneys's fees, costs, and such other relief as the Court deems appropriate.

**CHARLES FLEMING**, and **MICHAEL WEBB**,
Plaintiffs,

--By Counsel--

Lonnie C. Simmons (WVSB #3406)
Sean P. McGinley (WVSB #5836)
Robert M. Bastress, III (WVSB #9616)
**DITRAPANO, BARRETT, DIPIERO,**
**MCGINLEY & SIMMONS, PLLC**
P.O. Box 1631
Charleston, West Virginia 25326-1631
(304) 342-0133

Todd S. Bailess (WVSB #10482)
Rodney A. Smith (WVSB #9750)
**BAILESS SMITH PLLC**
120 Capitol Street
Charleston, West Virginia 25301
(304) 342-0550

4

JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
David G. Heiman (admitted *pro hac vice*)
Carl E. Black (admitted *pro hac vice*)
Thomas A. Wilson (admitted *pro hac vice*)
*Attorneys for Debtors and Debtors in Possession*

HUNTON & WILLIAMS LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone: (804) 788-8200
Facsimile: (804) 788-8218
Tyler P. Brown (VSB No. 28072)
J.R. Smith (VSB No. 41913)
Henry P. (Toby) Long, III (VSB No. 75134)
Justin F. Paget (VSB No. 77949)

RECEIVED

AUG 2 – 2016

BOONE COUNTY CIRCUIT CLERK
SUE ANN HICKERSOSE

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Alpha Natural Resources, Inc., *et al.*, | ) Case No. 15-33896 (KRH) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## STIPULATION AND AGREED ORDER GRANTING LITIGATION CLAIMANTS
## RELIEF FROM THE AUTOMATIC STAY TO PURSUE INSURANCE COVERAGE

This Stipulation and Agreed order is entered into by and between: (a) the

above-captioned debtors and debtors in possession (collectively, the "Debtors"); and (b) the

claimants identified more specifically in Paragraph 3 below (collectively, the "Claimants" and,

collectively with the debtors, the "Parties").

### RECITALS

1.      On or about August 3, 2015 (the "Petition Date"), each Debtor

commenced a voluntary case under chapter 11 of title 11 of the United States Code

(the "Bankruptcy Code"). The Debtors are authorized to operate their businesses and manage

their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy

NAI-1501548107v1

Code. The Debtors' cases (the "Chapter 11 Cases") are being jointly administered pursuant to

Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

      2.    The Court has subject matter jurisdiction to consider this matter pursuant

to 28 U.S.C. § 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

This is a core proceeding pursuant to 28 U.S.C. § 157(b) and may be determined by the

Bankruptcy Court.

      3.    The following Claimants purport to hold prepetition claims against one or

more Debtors and pursuant to their *Joint Motion of West Virginia Litigation Claimants for Relief*

*from the Automatic Stay* (Docket No. 490) (the "Automatic Stay Motion") have sought relief

from the automatic stay under section 362 of the Bankruptcy Code (the "Automatic Stay") to

pursue insurance coverage that may be available under one or more insurance policies issued to

or providing coverage to the Debtors to satisfy their claims (the "Available Coverage"):

      1.    Adam Griffith has unfiled claims against Kingston Mining, Inc. and Alpha Natural Resources for alleged personal injuries suffered 05/28/2014. (Hrko)

      2.    Lewis W. Sheppard, Jr., plaintiff, holds purported claims against Alpha Natural Resources Services, LLC, Alpha Appalachia Services, Inc. and Maxxim Shared Services, LLC for wrongful termination which occurred on or about November 15, 2013, which claims are pending in a civil action in the Circuit Court of Boone County, West Virginia in Civil Action No. 14-C-92. (H. Hatfield)

      3.    Ronald B. Gobble, plaintiff, holds purported claims against Alpha Natural Resources Services, LLC, Alpha Appalachia Services, Inc., Independence Coal Company, Inc. and Spartan Mining Company d/b/a Black Knight Mining Company for wrongful termination which occurred on or about December 19, 2013, which claims are pending in a civil action in the Circuit Court of Boone County, West Virginia in Civil Action No. 14-C-93. (H. Hatfield)

      4.    Bobby Castle, plaintiff, holds purported claims against Alpha Natural Resources Services, LLC, Alpha Appalachia Services, Inc., Independence Coal Company, Inc. and Spartan Mining Company d/b/a Black knight Mining Company for wrongful termination which occurred on or about June 6, 2013, which claims are pending in a civil action in the Circuit Court of Boone County, West Virginia in Civil Action No. 14-C-138. (H. Hatfield)

NAI-1501548107v1

5.     James R. Rowe, plaintiff, holds purported claims against Alpha Natural Resources Services, LLC, Alpha Appalachia Services, Inc. and Marfork Coal Company, Inc. for wrongful termination which occurred on or about September 26, 2014, which claims are pending in a civil action in the Circuit Court of Boone County, West Virginia in Civil Action No. 14-C-212. (H. Hatfield)

6.     Danny Harper, plaintiff, holds purported claims against Independence Coal Company, Inc., Alpha Natural Resources Services, LLC and Alpha Natural Resources, Inc. for wrongful termination which occurred on or about July 6, 2011, which claims are pending in a civil action in the Circuit Court of Boone County, West Virginia in Civil Action No. 12-C-55. (H. Hatfield)

7.     Tommy Allen Hanna, plaintiff, holds purported claims against Alpha Natural Resources Services, LLC, Alpha Appalachia Services, Inc. and Black Castle Mining Company Inc. for wrongful termination which occurred on or about September 22, 2014, which claims are pending in a civil action in the Circuit Court of Boone County, West Virginia in Civil Action No. 14-C-211. (H. Hatfield)

8.     Ernie Belcher, plaintiff, holds purported claims against Alpha Natural Resources, Inc., Alpha Natural Resources, LLC, Alpha Natural Resources Services, LLC and Spartan Mining Company for wrongful termination which occurred on or about June 7, 2013, which claims are pending in a civil action in the Circuit Court of Boone County, West Virginia in Civil Action No. 15-C-126. (H. Hatfield)

9.     Jamie Johnson, plaintiff, holds purported claims against Alpha Natural Resources Services, LLC., Alpha Appalachia Services, Inc. and Marfork Coal Company, Inc. wrongful termination and wage payment violations which occurred on or about January 10, 2014, which claims are pending in a civil action in the Circuit Court of Boone County West Virginia in Civil Action No. 14-C-141. (H. Hatfield)

10.     James L. "Dusty" Cook, II, plaintiff, holds purported claims against Elk Run Coal Company Inc., Spartan Mining Company, d/b/a Mammoth Coal Company, Alpha Appalachia Services, Inc. and Alpha Natural Resources, Inc. for wrongful termination occurred on or about September of 2012, which claims are pending in a civil action the Circuit Court of Boone County, West Virginia in Civil Action No. 14-C-147. (Hatfield)

11.     Kevin McLaine, plaintiff, holds purported claims against Elk Run Coal Company, Inc. Alpha Natural Resources Services, LLC and Alpha Natural Resources, Inc. for wrongful termination which occurred on or about June 23, 2013, which claims are pending in a civil action in the Circuit Court of Boone County, West Virginia in Civil Action No. (H. Hatfield)

12.     Baldwin holds purported claims against Alpha Natural Resources, Inc., Republic Energy Inc., and Alpha Natural Resources Services, LLC in an

NAI-1501548107v1

employment    ⁙ ⁙ination and retaliation action in the Circuit Court of Boone County,
West Virginia    ⁙ No. 15-C-91. (Atkinson)

13.         ⁙s Shawn Bodkin holds purported claims against Alpha Natural
Resources, In⁙    ⁙ ⁙ic Energy Inc., and Alpha Natural Resources Services, LLC in an
employment    ⁙ion and retaliation action in the Circuit Court of Boone County,
West Virgi⁙    ⁙. 15-C-90. (Atkinson)

14.         ⁙oper holds purported claims against Alpha Natural Resources,
Inc., Alpha ⁙    ⁙ources Services, LLC, and Independence Coal Company, Inc. in
an employ⁙⁙    ⁙ ⁙ination and retaliation action in the Circuit Court of Boone
County, We⁙    ⁙ Case No. 15-C-112. (Atkinson)

15.         ⁙ Dalton holds purported claims against Alpha Natural Resources,
Inc., Alpha N⁙    ⁙ources Services, LLC, and Alex Energy, Inc. in an employment
discrimina⁙    ⁙liation action in the Circuit Court of Boone County, West
Virginia, C⁙    ⁙-110. (Atkinson)

16.         ⁙nks holds purported claims against Alpha Natural Resources, Inc.,
Republic En⁙    ⁙nd Alpha Natural Resources Services, LLC in an employment
discrimina⁙⁙    ⁙liation action in the Circuit Court of Boone County, West
Virginia, Ca⁙    ⁙-95. (Atkinson)

17.         ⁙⁙stie holds purported claims against Alpha Natural Resources,
Inc., Alpha ⁙    ⁙urces Services, LLC, and Alex Energy, Inc. in an employment
discrimina⁙    ⁙liation action in the Circuit Court of Boone County, West
Virginia, C⁙    ⁙-114. (Atkinson)

18.         ⁙er Neff holds purported claims against Alpha Natural Resources,
Inc., Repu⁙⁙    ⁙ Inc., and Alpha Natural Resources Services, LLC in an
employme⁙    ⁙ion and retaliation action in the Circuit Court of Boone County,
West Virgi⁙    ⁙. 15-C-94. (Atkinson)

19.         ⁙ Shepherd holds purported claims against Alpha Natural
Resources,    ⁙ Natural Resources Services, LLC, and Independence Coal
Company, ⁙    ⁙nployment discrimination and retaliation action in the Circuit
Court of Bo⁙    ⁙West Virginia, Case No. 15-C-113. (Atkinson)

20.         ⁙pencer holds purported claims against Alpha Natural Resources,
Inc., Repu⁙    ⁙ Inc., and Alpha Natural Resources Services, LLC in an
employme⁙    ⁙ion and retaliation action in the Circuit Court of Boone County,
West Virgi⁙    ⁙. 15-C-111. (Atkinson)

21.         ⁙nderwood holds purported claims against Alpha Natural
Resources, ⁙    ⁙ Energy Inc., and Alpha Natural Resources Services, LLC in an

-4-

employment    tion and retaliation action in the Circuit Court of Boone County,
West Virgini    . 15-C-93. (Atkinson)

22.    rney holds purported claims against Alpha Natural Resources,
Inc., Repub    Inc., and Alpha Natural Resources Services, LLC in an
employmen    ion and retaliation action in the Circuit Court of Boone County,
West Virgi    . 15-C-92. (Atkinson)

23.    lls holds purported claims against Alpha Natural Resources, Inc.,
Republic En    nd Alpha Natural Resources Services, LLC in an employment
discriminati    liation action in the Circuit Court of Boone County, West
Virginia, C    -129. (Atkinson)

24.    Simpkins holds purported claims against Black Castle Mining
Company, ·    latural Resources Services, LLC, Alpha Natural Resources, LLC,
Alpha App    ces, Inc., Alpha Natural Resources, Inc. and Maxxim Shared
Services, L    nployment discrimination and retaliation action in the Circuit
Court of Boo    . West Virginia, Case No. 15-C-5. (Atkinson)

25.    er B. Blankenship and April Blankenship have purported claims
against Broo    ning Company, LLC, Maxxim Shared Services, LLC, Alpha
Natural Re    ., Alpha Natural Resources Services, LLC, Amfire, LLC and
Brooks Run    ng, LLC, for personal injuries suffered on October 20, 2012 and
which clair    g in a civil action that was removed from the Circuit Court of
Boone Cou    ginia, and is pending in the United States District Court for the
Southern D    Virginia, Civil Action No. 2:14-26268. (FCC)

26.    er W. Eastridge has purported claims against Alpha Natural
Resources Ser    C, for wrongful termination which occurred on or about June 6,
2014, which ·    pending in a civil action in the Circuit Court of Raleigh County,
West Virgi    ion No. 15-C-575. (FCC)

27.    ruce Eastridge has purported claims against Alpha Natural
Resources    C, for wrongful termination which occurred in April of 2015,
which clain    g in a civil action in the Circuit Court of Fayette County, West
Virginia, Ci    ). 15-C-154. (FCC)

28.    Patterson, Sr. has purported claims against Alpha Natural
Resources S    C and Kingston Mining, Inc., for wrongful termination which
occurred o    :tober 2, 2014, which claims are pending in a civil action in the
Circuit Cou    County, West Virginia, Civil Action No. 15-C-152. (FCC)

29.    n Smith has purported claims against Alpha Natural Resources
Services, L    ful termination which occurred on or about  October 15, 2014,
which clai    g in a civil action in the Circuit Court of Raleigh County, West
Virginia, Ci    . 15-C-414. (FCC)

-5-

30.    ... ... ...ichard Acree, Jr., has purported claims against Alpha Natural
Resources Se... ... LLC for wrongful termination which occurred on or about
September 1... ... ...vhich claims are pending in a civil action in the Circuit Court of
Raleigh Cou... ... ...irginia, Civil Action No. 15-C-327. (FCC)

31.    ... ... ...isk has purported claims against Black Castle Mining Company
and Alpha N... ... ...urces Services, LLC for wrongful termination which occurred on
or about Ju... ... ... which claims are pending in a civil action in the Circuit Court of
Boone Coun... ... ...irginia, Civil Action No. 13-C-89. (FCC)

32.    ... ... ...Daniel has purported claims against Elk Run Coal Company, Inc.,
for wrongful... ... ...on which occurred in February of 2012, which claims are pending
in a civil ac... ... ...Circuit Court of Boone County, West Virginia, Civil Action No.
13-C-160. (I...

33.    ... ... ...Vayne Querry has purported claims against Spartan Mining
Company d... ... ...oth Coal, for wrongful termination which occurred on or about
January 29,... ... ...ch claims are pending in a civil action in the Circuit Court of
Kanawha C... ... ... Virginia, Civil Action No. 14-C-1530. (FCC)

34.    ... ... ...in Russ has purported unfiled claims against Alpha Natural
Resources S... ... ...C for wrongful termination which occurred on or about April 21,
2015. (FCC)

35.    ... ... ...her David Hackney has purported claims against Alpha Natural
Resources S... ... ... for wrongful termination which occurred on or about May 9,
2015. (FCC...

36.    ... ... .. A. Foster has purported claims against Marfork Coal Company,
Alpha Appal... ... ...ices, Inc. and Maxxim Shared Services, LLC for personal injuries
sustained o... ... ... 15, 2013. (BJC)

37.    ... ... ...N. O'Dell, individually and as Administratrix of the Estate of
Steven O'De... ... ...urted claims against Alpha Appalachia Services, Inc., White Buck
Coal Comp... ... ...ergy, Inc. and Maxxim Shared Services, LLC for the death of
Steven O'I... ... ...iber 30, 2012, which claims are pending in a civil action in the
Circuit Co... ... ...ig County, West Virginia, Civil Action No. 14-C-166. (BJC)

38.    ... ... ...paulding and Judy Spaulding have purported claims against
Rockspring... ... ...ent, Inc., Alpha Appalachia Services, Inc. and Maxxim Shared
Services,... ... ...ccupational disease due to continuous exposure during Mr.
Spaulding's... ... ...t, which claims are pending in a civil action in the Circuit Court
of Wyomin... ... ...est Virginia, Civil Action No. 15-C-52. (BJC)

-6-

NAI-1501548107v1

39.
Performance
and Alpha ͏
during Mr.
Circuit Cou͏

͏ilcox and Caitlin Wilcox have purported claims against
pany, Marfork Coal Company, Inc., Elk Run Coal Company, Inc.,
Services, Inc.. for occupational disease due to continuous exposure
employment, which claims are pending in a civil action in the
ing County, West Virginia, Civil Action No. 15-C-145. (BJC)

40.
Coal Comp
continuous
civil action
15-C-144. (

ively and Jessica Lively have purported claims against Marfork
͏ Alpha Appalachia Services, Inc. for occupational disease due to
uring Mr. Lively's employment, which claims are pending in a
͏t Court of Wyoming County, West Virginia, Civil Action No.

41.
Alpha App͏
sustained ͏

Crislip has purported unfiled claims against Alex Energy, Inc.,
ces, Inc. and ͏axxim Shared Services, LLC, for personal injuries
͏. . (BJC)

42.
Spartan M͏
which clai͏
Virginia, (

͏ E. Poore and Jessica Poore have purported claims against
for person͏l injuries sustained by Mr. Poore on May 8, 2012,
in a civil a͏ion in the Circuit Court of Wyoming County, West
͏. 14-C-64. (BJC)

43.
Appalachi͏
Alex Enc
continuou
civil actio
15-C-134.

ugh and Kathy Lough have purported claims against Alpha
a ͏. Green V͏ey Coal Company, White Buck Coal Company,
͏axxim Sha͏ ͏ Services, Inc., for occupational disease due to
ng Mr. Lo͏ h's employment, which claims are pending in a
͏ Court of ͏ oming County, West Virginia, Civil Action No.

44.
for person
action in t͏
(BJC)

͏s has purp͏rted claims against Marfork Coal Company, Inc.,
ained on August 6, 2013, which claims are pending in a civil
͏t of Boone County, West Virginia, Civil Action No. 15-C-134.

45
d/b/a Trac
on April 2

ccord has ͏urported unfiled claims against Spartan Mining
Inc. and ͏ ck Castle Mining, for personal injuries sustained

46.
Natural R
injuries su
the Circui

͏ and Tam͏ iah Hager hold purported claims against Alpha
s, LLC a͏ Spartan Mining Company as a result of personal
mber 3, 2͏ ͏ and which claims are pending in a civil action in
͏ County. ͏est Virginia, Civil Action No. 15-C-16. (Berthold)

47
Mining, ͏
by Brain ͏

͏l and Am͏ ͏a O'Dell hold purported claims against Kingston
ural R͏ ͏es, Inc. as the result of a personal injury suffered
͏0, 201͏. .D. Adkins)

NAI-1501548107v1

48.        as holds purported claims against Defendants Carlos McGraw
and Elk Ri   for personal injury that occurred on or about 4/1/11 that are
pending in   t of Raleigh County WV CA# 13-C-239B. (J. Jones)

49.        ning, plaintiff and class representative, has purported class
action clai   natural Resources Services, LLC, Highland Mining
Company a   ng Compa   y d/b/a Mammoth Coal Company for wage
payment v   arred i.    2, which claims are pending in a civil action in
the Circuit (   County, West Virginia, Civil Action No. 12-C-122. (L.
Simmons)

50.        ill holds purported claims against Alex Energy, Inc. d/b/a
North Surf   ngful ter ination that occurred on April 3, 2012, which
claims are   action in the Circuit Court of Logan County, West Virginia,
Civil Acti   (L. Sim ons)

51.        h lls cu   rted claims against Alex Energy, Inc. d/b/a North
Surface Mi   iermin.  that occurred on April 3, 2012, which claims are
pending in a   he Circu  Court of Logan County, West Virginia, Civil
Action No.   Simmons

52.        hen hold  purported claims against Spartan Mining Company
d/b/a Mar   e, f   ngful termination that occurred on April 3, 2012,
which cla   iv.   on in the Circuit Court of Raleigh County, West
Virginia,        S   . Simmons)

53.        he  urported claims against Spartan Mining Company
d/b/a Mann   py, f   ongful termination that occurred on April 3, 2012,
which claim   a civi  on in the Circuit Court of Raleigh County, West
Virginia, C   4-C-7   (L. Simmons)

54.        s e   rted claims against Spartan Mining Company
d/b/a Ma   l   agful termination that occurred on April 3, 2012,
which cl.   v   in the Circuit Court of Kanawha County, West
Virginia,        . Simmons)

55.        u   rted claims against Spartan Mining Company
d/b/a Mann   f   ongful termination that occurred on May 29, 2012,
which cla   v   n in the Circuit Court of Raleigh County, West
Virginia,       . Simmons)

5   rted claims against Spartan Mining Company
d/b/a M   ful termination that occurred on April 3, 2012,
which cl   in the Circuit Court of Raleigh County, West
Virginia,   . Simmons)

NAI-1501548107v1

57.                    . 'n' 'l'  d class representative, has purported class action
claims ag            `     a   es Services, LLC and Highland Mining Company
for wrong f          b    tober 7, 2013, which claims are pending in a civil
action in            e      ounty, West Virginia, Civil Action No. 15-C-49.
(Bailess)

5                     e l   urported unfiled claim against Anna Branch
Mining (              s, Inc. under the West Virginia Wage Payment
and Coll              off in 2012. (L. Simmons)

59.                   rted unfiled claim against Spartan Mining Co.
d/b/a Ma              a     ha Natural Resources, Inc. under the West
Virginia              l     Act arising out of his layoff in 2012. (L.
Simmon                

(                     rported unfiled claim against Spartan Mining Co.
d/b/a Ma              a Natural Resources, Inc. under the West
Virginia              Act arising out of his layoff in 2012. (L.
Simmons

61                    ted unfiled claim against Mammoth Coal Co. and
Alpha N               West Virginia Wage Payment and Collection
Act arisi             Simmons)

(                     rported unfiled claim against Appalachia
Services              s, Inc. under the West Virginia Wage Payment
and Col               off in 2012. (L. Simmons)

6                     rported unfiled claim against Highland Mining
Co. and               nder the West Virginia Wage Payment and
Collecti              2012. (L. Simmons)

(                     ted unfiled claim against Spartan Mining Co.
d/b/a Ma              ha Natural Resources, Inc. under the West
Virginia              Act arising out of his layoff in 2012. (L.
Simmo

(                     orted unfiled claim against Alex Energy, Inc.
d/b/a No              ral Resources, Inc. under the West Virginia
Wage P                out of his layoff in 2012. (L. Simmons)

(                     rported unfiled claim against Spartan Mining
Co. d/b/              Natural Resources, Inc. under the West Virginia
Wage P                out of his layoff in 2012. (L. Simmons)

9-

6⁀                    ⁀s a ⁀   ⁀rted unfiled claim against Alex Energy, Inc. d/b/a
North Su⁀             ⁀⁀ ⁀   Resources, Inc. under the West Virginia Wage
Payment              ⁀⁀ ⁀   of his layoff in 2012. (L. Simmons)

6⁀                   ⁀⁀ h⁀⁀ ⁀  ⁀rported unfiled claim against Spartan Mining Co.
d/b/a M⁀             ⁀⁀      ⁀ural Resources, Inc. under the West Virginia
Wage P⁀              ⁀g out of his layoff in 2012. (L. Simmons)

6⁀                   ⁀ ⁀s   ⁀orted unfiled claim against Republic Energy, Inc.
and Alp⁀             ⁀c   ⁀ the West Virginia Wage Payment and
Collecti⁀            ⁀ ⁀   ⁀n November 1, 2013. (L. Simmons)

7⁀                   ⁀ ⁀ ⁀  ⁀ted claims against Alpha Natural Resources
Services.            ⁀⁀ ⁀  ⁀ces, Inc., Highland Mining Company, Inc. and
Alex E⁀⁀             ⁀on and retaliation on or about October 3, 2011
which c⁀             ⁀n in the Circuit Court of Boone County, West
Virgini⁀.            ⁀ ⁀   . Griffith)

7                    ⁀ ⁀ ⁀ ⁀  ⁀tor of the Estate of Jeremy Sigler, has purported
claims a⁀            ⁀   ⁀gston Resources, Inc., and Alpha Natural
Resourc⁀             ⁀t⁀  ⁀ongful death, negligence/breach of duty and
punitive ⁀           ⁀. ⁀  ⁀t took place on March 10, 2012, which claims are
pending ⁀            ⁀⁀  ⁀ourt of Kanawha County, West Virginia, Civil
Action ⁀             )

⁀⁀                   ⁀ ⁀  ⁀ted claims against Spartan Mining Company,
Elk Run⁀             ⁀Mining Company, Alpha Appalachia Holdings,
Inc., Al⁀            ⁀ppalachia Holding Company, and Alpha Natural
Resourc⁀             ⁀gence/breach of duty and punitive damages for
person⁀              ⁀r 28, 2010, which claims are pending in a civil
action i⁀            ⁀ ⁀ ⁀unty, West Virginia, Civil Action No. 12-C-257.
(K.E. H⁀

Process ⁀            ⁀⁀is have purported claims against Litwar
Resour⁀⁀             ⁀ Resources, LLC, and Alpha Natural
for per⁀             ⁀uty, punitive damages and loss of consortium
action i⁀            ⁀r 12, 2010, which claims are pending in a civil
216. (K ⁀            ⁀ounty, West Virginia, Civil Action No. 12-C-

Brown⁀⁀              ⁀ Browning, Michael Browning, Norene
Lorrai⁀              ⁀rowning, Louise Chaffins, Dianna Cisco,
Crum, ⁀              ⁀oaff, Kathleen Croaff, Randall Crum, Rhonda
Elkins. ⁀            ⁀n. James K. Dotson, Kyle Dotson, II, Mildred
Steven ⁀             ⁀ries, Debbie A. Garrett, Bertha V. Harmon,
                     ⁀sa Hatfield, Danny Hobbs, Larry E. Jude,

⁀⁀-

Louis Le_    _. P__ _ J. Lewis, Teresa (Browning) Merritt, Dorothy
Noe, V_      _.         _ Smith, Ronald Smith, Jason Keith Stratton,
Sidney _     _r _       _vey Wolford, Hannah Grace Wolford, and
Jammy        c_         _ r property damage and related claims against
Delbart_     _ _ _      _id_e Mining Company for events that occurred on
or abou_     _          _ s a__ pending in a civil action in the Circuit Court
of Min_      _  _ A__ion No. 06-C-189. (K.E. Hall)

7_           purp_   _d claims against Alpha Natural Resources
Services     _n__ C  _pany for wrongful termination on or about
Novem                _ding in a civil action in the Circuit Court of
Kanaw        _  _    _ion No. 15-C-1060. (L. DiTrapano)

_  _   _ _ purported claims against Alpha Natural
Resourc_             C__ Company, Inc., for retaliation for
cooper_      _  _    _pe_sation retaliation and discriminatory discharge
and vio_     _. A_   _o _ or about May 21, 2014, which claims are
pending      Circu_  _ourt of Boone County, West Virginia, Civil
Action _     _o__ _o

_ _   _ _ _ claims against Rockspring Development, Inc.
for Del_             _ion of Evidence and against Alpha Natural
Resourc_             _ Evidence, Failure to Train and Failure to
Provid_      _       _ _njuries he sustained on June 26, 2012, which
claims               _o_ _abell County, West Virginia, Civil Action
No. 14_

_ _   _s _t_ _or_ _d claims against Elk Run Coal Company, Inc.
and Al_      _  _.   _ntentional exposure to injury, unsafe working
conditi_     _ _     _ _ punitive damages for an injury sustained on
January_             _ing in a civil action in the Circuit Court of
Boone_               _-3. (M. Ranson)

_ _ _ claims against Logan County Mine Services,
Inc. an_             _ wrongful termination, sexual discrimination,
back p_      _ d punitive damages for her discharge from
employ_      _ _ _   _ _ims are pending in a civil action in the Circuit
Court o_     _       _o. 13-C-239. (M. Ranson)

_ported claims against Independence Coal
Compa_               _o injury, unsafe working conditions, and
compe_       _       _ _s for an injury sustained on January 29, 2011,
which c_             _ in the Circuit Court of Boone County, WV,
Civil A_

81.
subsidiary of
a result of a
injury, back
employment
Circuit Court

    orted claims against Alex Energy, Inc., a
e. for worker's compensation discrimination as
after release from a compensable work related
il and punitive damages for his discharge from
ch claims are pending in a civil action in the
il Action No. 14-C-37. (M. Ranson)

82.
claims against
Energy C
plaintiff's
the US Dist
cv-27781 an
of Appeals,

D. Davis and Owen T. Davis have purported
Alpha Appalachia Holdings, Inc. f/k/a Massey
e terms of a Non-Prosecution Agreement and
which claims were pending in a civil action in
rict of West Virginia, Civil Action No.'s 2:14-
ly pending in an appeal action in the US Court
. 15-1403.

83.
L.L.C. and A
2014. (M

l unfiled claim against Superior Coal Services,
. for wrongful termination on September 23,

84.
Resources

orted unfiled claim against Alpha Natural
il 7, 2015. (M. Ranson)

85.
Resources.

d unfiled claim against Alpha Natural
n or about November 3, 2013. (A. Hoosier)

86
Resource
2014. (A.

l unfiled claim against Alpha Natural
ngful termination on or about February 1,

87
d/b/a Blac
gender-base
to Decen
Boone C

d claims against Elk Run Coal Company, Inc.
lichael Williamson, an individual, for a
during her employment from September 2011
ng in a civil action in the Circuit Court of
No. 13-C-191. (A. Salvatore)

88
Resource
conspir
from 20
Court

ave purported claims against Alpha Natural
i Elite Coal Services, L.L.C. for civil
l age discrimination during their employment
s are pending in a civil action in the Circuit
vil Action No. 15-C-145. (A. Salvatore)

89.
Inc., Re
LLC, an
and age

d claims against Alpha Natural Resources,
Resources Services, LLC, Eagle Equipment
r civil conspiracy/fraud, retaliatory discharge,
ent from 2007 to November 2013, which

claims are              :.   Circuit Court of Fayette County, West Virginia,
Civil Ac               ?    )

9                       :    ed unfiled claims against Alpha Natural
Resource                     'b/a Upper Big Branch Mining Company, a
West V?                      ergy Company, for the fraudulent procurement
of a set                     leath claim, stemming from the Upper Big
Branch                       a member of potential class claimants which
will be c        :          Action: 12-C-87. (A. Salvatore)

9                            orted claims against Alpha Natural Resources,
Perform                      Big Branch Mining Company, a West Virginia
corpora:                     /, for the fraudulent procurement of a
settleme                ..   a claim, stemming from an explosion at Upper
Big Bra                      ise is pending in the Circuit Court of Boone
County          |           '. This claim is filed on behalf of her and
other w                      situated. (A. Salvatore)

                             claims against Alpha Natural Resource
Services                     ige discrimination  which occurred on or about
June 4, .                    the Circuit Court of Raleigh County, West
Virgini:                     .. Salvatore)

                             l claims against Massey Energy Company,
Massey                       'ompany, Alpha Appalachian Services, Inc.
and A ,                      C, for deliberate intent, negligence/breach of
duty a.                      ury sustained on April 5, 2010, which claims
are pen                      Court of Boone County, West Virginia, Civil
Action :

                             ned claims against Alpha Natural Resources,
Inc. an                      . for Wage Payment and Collection that
occurre                      ch claims are pending in civil action in the
Circui?                      il Action No. 15-C-610. (S. New)

                             sorted claims against Alpha Natural Resources,
Inc. an                      . for Wage Payment and Collection that
occurre                      ch claims are pending in civil action in the
Circui:                      l Action No. 15-C-609. (S. New)

                             ted claims against Alpha Natural Resources,
Inc. an                      rate Intent and negligence that occurred on or
about ?.                     ing in civil action in the Circuit Court of
Rale:

Inc., A                          J claims against Alpha Natural Resources,
neglig                           ality Fab, LLC for Deliberate Intent and
action                           ., 2013, which claims are pending in civil
                                 y 15-C-150. (S. New)

and Br                           claims against Alpha Natural Resources, Inc.,
discri                           r workplace harassment and race
pendi                            2011 through July of 2013, which claims are
New)                             f McDowell County, WV 14-C-138. (S.

Natur                            Ellison have purported claims against Alpha
claims                           al Company, Inc. for personal injuries, which
Civil A                          Circuit Court of Boone County, West Virginia,

Alpha                            claims against Aracoma Coal Company and
action                           njuries, which claims are pending in a civil
(K. H                            ty, West Virginia, Civil Action No. 15-C-295.

Comp                             d claims against Brooks Run Mining
Circu                            claims are pending in a civil action in the
                                 irginia, Civil Action No. 13-C-160. (Ooten)

Robie                            lly and as Executrix of the Estate of James
which                            aims against Spartan Mining Company,
Virgi                            he Circuit Court of Boone County, West
                                 )

Comp                             ted claims against Independence Coal
(Whi                             age discrimination; MSHA
pendi                            Collection Act violations, which claims are
Actio                            of Boone County, West Virginia, Civil

disab                            claims against Highland Mining Company, for
of M.                            nding in a civil action in the Circuit Court
                                 n No. 15-C-36. (Ooten)

                                 d unfiled employment discrimination claims
again                            & Alpha Natural Resources, Inc. (Ooten)

                                 ted unfiled personal injury claims against
Brool                            Resources, Inc. (Ooten)

                                 -14-

against                    ⁻rted unfiled employment discrimination claims
Resour                     ım Creek Coal Sales, Inc. & Alpha Natural


against                    ⁻ted unfiled employment discrimination claims
                           lpha Natural Resources, Inc. (Ooten)


claims ⁻                   ⁻as purported unfiled employment discrimination
                           ny & Alpha Natural Resources, Inc. (Ooten)


against                    ⁻ l unfiled employment discrimination claims
                           .lpha Natural Resources, Inc. (Ooten)


Bailey.                    ⁻lee Adams, Robert Adams, Linda Adams, Angel
Justice                    .ward Bailey, Ellen Bailey, Flem Justice, Diana
Thoma                      .hael Bailey, Norma Bailey, Rosie Bailey,
Birchfi                    ⁻ailey, Darlene Blevins, Ethel Birchfield, Donald
Blanke                     .n Birchfield, Freda Birchfield, Burb
Blanke⁻                    lankenship, Jr., Chester Blankenship, Millie
Blanke⁻                    ⁻yn Blankenship, James Blankenship, Brenda
Leta B                     Blankenship, Darlene Blevins, Calvin Branch,
Donalc                     .e, Christopher Cline, Dexter Cline, Devon Cline,
Cline, ⁻⁻                  ⁻. Homer Cline, Jr., Junior Homer Cline, Jason
Rober⁻ .                   ⁻omi Cline, Ralph "Ricky" Cline, Jeannie Cline,
Kenne⁻ n                   ⁻ammy Cline, Joe Coleman, Kathy Coleman,
Bobby ⁻⁻                   .n Coleman, Georgina Coleman, Monroe Collins,
Dotson ⁻                   ⁻on, Edgar Dotson, Catherine Dotson, Jimmy
Dotson ⁻                   . Latasha Dotson, Marvin Dotson, Tommy
Adam ⁻ ⁻                   . Kevin Goad, Angela Brown, Crystal Hagerman,
Hunt, ⁻                    ⁻n, Denver Allen Hunt, Denver Hunt, Eugene
Barbar                     .l Hunt, Randy Hunt, Dewey Jackson, Sr.,
Justice ⁻                  ⁻ustice, Phillip Justice, Raymond Justice, Regina
Keen.                      ⁻ .l Justice, Sonny Justus, Ernest Keen, Donna
Robir ⁻i                   ⁻, Jol⁻eth Hurley, Adam Kirk, Woodrow Kirk,
Jenni⁻ ⁻ .                 . Jan⁻ e Lester, Bonnie Lester, Clark Lester,
Brend. L⁻                  ⁻er, Linda Lester, Richey Lester, Connie Lester,
Lockhart.                  ⁻.ckhart, Kasey Lockhart, Kelli Lockhart, Kevin
Matney.                    ⁻ l, Allen Matney, Carrie Matney, Nathan
Chure⁻ ⁻                   ⁻ney, McMaw's Café, Jordan Morgan, Mt. Zion
Emily                      .lelody Mullins, Susan Reed, April Reynolds,
Reyno⁻                     ie Reynolds, Kenneth Reynolds, Patty
Ross. ⁻                    ⁻olds. Pearl Rife, Marchell Roberts, Serena
Steel⁻                     ⁻rly ⁻alyers, Leonard Smith, Lisa Stacy, Betty
Betty   ⁻                  . T⁻ Taylor, Crystal Caskey, Bobby Vernatter,
again. A                   ⁻au⁻ orted property damage and related claims
                           . Twin Star Mining, Inc. for flooding that

occurred i⋯                    Surface Mine in McDowell County, West
Virginia ⋯

⋯ 1 !                          ⋯ed unfiled personal injury claims against Black
Castle ⋯                       ⋯es, Inc. for injuries that occurred on May 8,
2015. ⋯

⋯4.                            ⋯laimants were automatically stayed under
section 362(a) of             ⋯nencing or continuing an action to seek
recovery for alle⋯            ⋯ the Claimants.

⋯5                             ⋯e Claimants also filed a *Motion for Order*
*Authorizing and ⋯*           *⋯roduction of Documents Pursuant to Rule 2004*
("Motion for 2⋯               ⋯2) . The Debtors have worked cooperatively
with counsel for              ⋯aants with certain information requested in the
Motion for 20⋯4

⋯6.                            ⋯on have agreed to modify the Automatic Stay
solely on the ⋯                ⋯.

⋯7.                            ⋯y modified solely to the limited extent
necessary to ena⋯             ⋯ proceed to a final judgment or settlement of
their claims and ⋯            ⋯idated final judgment or settlement on the
claims solely ⋯               ⋯ le Coverage. For Claimants who have not yet
initiated civil               ⋯ce of summonses, the relief granted herein
shall include th⋯             ⋯ e of any necessary summonses upon the
applicable De⋯                ⋯g Available Coverage.

---

¹ Claimants 99⋯               ⋯ at are similarly situated to the Claimants under the Lift
Stay Motion in t⋯             ⋯ast one or more Debtors and seek to pursue Available
Coverage. Claim⋯              ⋯poses of this Stipulation.

NAI-1501548107v1

y the Claimants that:  (a) the automatic stay

under 11 U.S.␣ with respect to the specific claims of the

Claimants ider ␣ seek satisfaction of the claims only as set

forth herein, a␣ their estates or any other Debtor Defendant be

liable to the ␣ ␣r with respect to the Claims; and (c) the

Claimants may ␣ot modified for the purposes of, seeking any

costs of defend ␣ including attorneys' fees, by the Debtors.

ively, the "Proofs of Claim") filed by or on

behalf of any ␣ ␣e shall be resolved under the terms of the

Debtor's Seco ␣zation (the "Plan") (or any modified Plan

confirmed by ␣ ions of the Bankruptcy Code.  The Claimants

agree any reco ␣ shall be limited to the proceeds available from

(a) the Availa␣ ␣lable from non-debtor co-defendants, and (c)

any distributio ␣ process pursuant to the Plan.  This Stipulation

shall in no wa ␣btors regarding any matters raised in any

Proof of Clain ␣ve all claims, rights and defenses related to the

Proofs of Clai␣ ␣.

tomatic Stay as set forth herein shall have no

effect as to par ␣ ␣lation, including for the avoidance of doubt,

the Debtors' i ␣ ␣ stay shall remain in full force and effect with

respect to suc␣ ␣ ␣ ␣f action, if any, against the Debtors and their

estates.

7-

alters, amends                              , but not limited to, paragraph 8 hereof) (a)

policies or rel                            nd conditions of any of the Debtors' insurance

Debtors to rei                             : limited to, (i) the obligation, if any, of the

right, if any, o                           ithin a deductible and for defense costs, (ii) the

subparagraph (                             any collateral to the obligations, if any, in

to the extent                              tors fail to reimburse the insurer therefor (and,

modified to                                tion 362 of the Bankruptcy Code is hereby

administration                             of the Debtors to cooperate in the handling,

Claimants aga                              ; (b) creates a direct right of action by the

any insurer to                             precludes or limits, in any way, the right of

under any all                              e, primacy and/or scope of available coverage

constitutes a c                            ise assert any defenses to coverage; or (d)

Claimants' cl                              rance coverage exists with respect to the


                                           n (Docket No. 490) shall be deemed withdrawn

solely as to th                            provided herein upon the Court's entry of this

Stipulation a                              for Examination shall be deemed withdrawn

upon the Cour                              reed Order. [2] Nothing contained in this

Stipulation sh                             ted in Paragraph 3 from seeking discovery,

including insu                             ve civil actions to the fullest extent permitted

under the ap                               procedure.


_____

[2] The Motion for                         ned withdrawn as to claimants, Christopher Brad
Williams, Charle                           ly and Larry George, who were granted relief from the
automatic stay p                           (Docket No. 2637).

⸱der is intended to bind any non-debtor defendant

nor shall it be d⸱                   ⸱aim against any non-debtor defendant in any of

the claimants'                       ⸱d).

⸱⸱e any and all rights and defenses with respect to

the allegations ⸱                    ⸱ebtors.

⸱led in any Court of competent jurisdiction as

evidence that t⸱                     ⸱yled bankruptcy has been modified for cause, as

provided here⸱                       ⸱ankruptcy Code.

⸱gned in counterpart originals and delivered by

facsimile, whic⸱                     ⸱titute a single original.

⸱ounsel represents that he/she is authorized to

execute this S⸱⸱                     ⸱ctive client(s).

⸱⸱e upon submission to the Court without further

order of Court⸱                      ⸱ amended or vacated without written consent of

all parties here⸱

Dated: _____
        Rich⸱⸱ ⸱

/s/ Henry P. ⸱⸱                       /s/ Bruce W. White
Tyler P. Bro⸱
J.R. Smith (V⸱                        Bruce W. White, Esquire
Henry P. (To⸱                        8550 Mayland Drive, Suite 206
Justin F. Page                       Richmond, VA  23294
HUNTON &                             VA Bⷶr No.  19840
Riverfront Plⷶ                       (804) 288-4328
951 East Byⷶ
Richmond,                            and
Telephone: ⷶ
Facsimile: (⸱                         Spencⷶr D. Elliott, WV Bar #8064 (admitted *pro*
                                     *hac vice*)
and                                  LEWⷶ S. GLASSER, CASEY & ROLLINS,

                                     ⸱)-

PLLC
300 Summers Street, Suite 700
P.O. Box 1746
Charleston, WV 25326
(304) 345-2000

David G. Hein
Carl E. Black
Thomas A. W
JONES DAY
North Point
901 Lakeside
Cleveland, O.
Telephone: (2
Facsimile: (21

COUNSEL FOR CERTAIN WEST VIRGINIA
CLAIMANTS

ATTORNEYS
DEBTORS IN

Jul 29 '.

S STIPULATION IS SO ORDERED:

Dated: _____

Rich

## Kevin R Huennekens

ITED STATES BANKRUPTCY JUDGE

En!

-20-

N OF ENDORSEMENT
RUPTCY RULE 9022-1(C)

Pursuan·          22-1(C), I hereby certify that the foregoing
proposed ord·'          upon all necessary parties.

/s/  Henry P. (Toby) Long, III

NAI-1501548107v1